787 F.2d 590
 Unpublished Disposition
NOTICE: Sixth Circuit Rule 24(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Sixth Circuit.
BENNIE FRANKLIN, JR., Plaintiff-Appellant,
v.
SECRETARY OF HEALTH AND HUMAN SERVICES, Defendant-Appellee.
 85-1334
 United States Court of Appeals, Sixth Circuit.
 3/7/86
 
 AFFIRMED
 E.D.Mich.
 On Appeal from the United States District Court for the Eastern District of Michigan
 Before: ENGEL, KENNEDY and CONTIE, Circuit Judges.
 PER CURIAM:
 
 
 1
 Bennie Franklin, Jr., appeals from the judgment of the District Court affirming the Secretary of Health and Human Services' denial of his claim for disability benefits.
 
 
 2
 Upon consideration of the entire record and the briefs filed herein, we affirm the judgment of the District Court for the reasons stated by Judge Freeman in his Memorandum Opinion filed March 28, 1985.